IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

FLORIDA DEPARTMENT OF
ELDER AFFAIRS,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

  Appellant,

v.

CASE NO. 1D14-1513

FRANCES M. BROOKS,

  Appellee.

_____/

Opinion filed March 19, 2015.

An appeal from the Circuit Court for Leon County.
Kevin J. Carroll, Judge.

William T. Jackson and William Peter Martin of Dennis, Jackson, Martin & Fontela, P.A., Tallahassee, for Appellant.

W. Scott Newbern of W. Scott Newbern, P.L, Tallahassee and Steven R. Andrews and Brian O. Finnerty of Law Office of Steven R. Andrews, P.A., Tallahassee, for Appellee.

PER CURIAM.

  AFFIRMED.

MARSTILLER, RAY, and SWANSON, JJ., CONCUR.